**No. 10-10439. Martin Francisco Salazar, Petitioner v. United States.**

564 U.S. 1062, 132 S. Ct. 68, 180 L. Ed. 2d 936, 2011 U.S. LEXIS 5172.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1010, 131 S. Ct. 3306, 180 L. Ed. 2d 832, 2011 U.S. LEXIS 4505.

**No. 10-10551. Deborah Cummings, aka Deborah Davila, Petitioner v. United States.**

564 U.S. 1063, 132 S. Ct. 68, 180 L. Ed. 2d 936, 2011 U.S. LEXIS 5171.

September 2, 2011. Petition for rehearing denied.

Former decision, 564 U.S. 1027, 131 S. Ct. 3041, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4784.

**No. 10-9361. Durrel Cunningham, Petitioner v. Carmen Palmer, Warden.**

564 U.S. 1063, 132 S. Ct. 68, 180 L. Ed. 2d 936, 2011 U.S. LEXIS 5165.

September 2, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 563 U.S. 993, 131 S. Ct. 2450, 179 L. Ed. 2d 1218, 2011 U.S. LEXIS 3670.

**No. 10-10336. Tommy Zeke Mincey, Petitioner v. United States.**

564 U.S. 1063, 132 S. Ct. 68, 180 L. Ed. 2d 936, 2011 U.S. LEXIS 5164.

September 2, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 563 U.S. 1042, 131 S. Ct. 2977, 180 L. Ed. 2d 262, 2011 U.S. LEXIS 4251.

**No. 11-22 (R46-024). Larry Jenkins, Warden, Petitioner v. Gordon E. Sussman.**

564 U.S. 1063, 132 S. Ct. 68, 180 L. Ed. 2d 936, 2011 U.S. LEXIS 5182.

September 9, 2011. The petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit in the above-entitled case was dismissed today pursuant to Rule 46.1 of the Rules of this Court.

Same case below, 636 F.3d 329.

**No. 11-6194 (11A258). Steven Michael Woods, Petitioner v. Texas.**

564 U.S. 1063, 132 S. Ct. 68, 180 L. Ed. 2d 936, 2011 U.S. LEXIS 5183.

September 13, 2011. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.